AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8193MB | **Date and time warrant executed:** 04/19/2023 11:53 AM | **Copy of warrant and inventory left with:** Postal Case File |
| **Inventory made in the presence of:** Postal Inspectors B. Hess and R. Firkin | **USPS Tracking Number:** EI564503300US | |

**Inventory of the property taken and name of any person(s) seized:**
USPS Express Mail parcel bearing Tracking No. EI564503300US contained:

two heat sealed plastic packages containing suspected fentanyl (blue pills) weighing approximately 1164.3 gross grams. Suspected fentanyl was wrapped in plastic, carbon paper, and a brown substance / masking agent.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/21/2023

*Executing officer's signature*

Digitally signed by David M. Stevens
Date: 2023.04.21 11:03:29 -07'00'

Postal Inspector David Stevens
*Printed name and title*